

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 16  PH 2:31

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**GUSTAVO ESCANELLE**                                    **CIVIL ACTION NO.**

                                                         06 - 1815

**VERSUS**

**STATE FARM MUTUAL AUTOMOBILE INSURANCE**          **SECTION M**
**COMPANY, BLAKE STEGER, ET. AL.**

## ORDER

Before the Court is Plaintiff's Motion to Remand which came for hearing on May 10,

2006, on the briefs.  After consideration of the motions and the applicable law, the Court

denies the Motion.

Defendant Blake Steger moved to Seattle, Washington in mid November 2005, with

no intent to reside in Louisiana in the future.  Defendants have made the requisite showing

that at the time of filing the captioned lawsuit, February 6, 2006, there was complete

diversity of citizenship. 28 U.S.C.A. §1332.

Accordingly, the motion to remand is **DENIED.**

New Orleans, Louisiana, this 15 day of May, 2006.

                                        _____
                                                Peter Beer
                                        United States District Judge

___ Fee_____
___ Process_____
X  Dktd_____
✓ CtRmDep_____
___ Doc. No_____